IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holmes, Dawn

Printed: 11/25/08

Case Number: 08 B 17042
Judge: Wedoff, Eugene R
Filed: 7/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 500.00 |  |
| Secured: |  | 233.75 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 233.50 |
| Trustee Fee: |  | 32.75 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 233.50 |
| 2. | Capital One Auto Finance | Secured | 18,181.00 | 233.75 |
| 3. | Educational Credit Management Corp | Unsecured | 1,116.02 | 0.00 |
| 4. | Cavalry Portfolio Services | Unsecured | 68.20 | 0.00 |
| 5. | Activity Collection Svc | Unsecured | 89.02 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 58.62 | 0.00 |
| 7. | T Mobile USA | Unsecured | 75.36 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 30.51 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 138.36 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 466.50 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Sallie Mae | Unsecured |  | No Claim Filed |
| 14. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,687.59 | $ 467.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.25 |
| 6.6% | 16.50 |
|  | $ 32.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Holmes, Dawn | Case Number:  08 B 17042 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  7/1/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

